

2 Westchester Park Drive, Suite 410
White Plains, NY 10604
Tel: 914-331-0100
Fax: 914-331-0105
www.denleacarton.com

October 24, 2025

**VIA ECF & EMAIL(SwainNYSDCorresp@nysd.uscourts.gov)**

Chief District Judge Laura Taylor Swain
U.S. District Court for the Southern District of New York
United States Courthouse, 500 Pearl Street
New York, New York 10007-1312

**MEMO ENDORSED**

Re: *Greystone Select Holdings LLC v. Wells Fargo Bank, N.A., et al.,* No. 1:24-cv-00657-LTS

Dear Chief Judge Swain:

We are counsel for Plaintiff Greystone Select Holdings LLC. We submit this letter jointly with the defendants to request, with the consent of all parties, that the Court temporarily remove the pending motion to dismiss (ECF Nos. 31-33, 42-43, 49-55) from active consideration to the extent a decision may be imminent in order to give counsel for the parties time to confer about a recent development that may, among other things, narrow the claims in this action and/or facilitate a partial or complete resolution of those claims. The parties request that this "stay" be limited to 30 days without prejudice to the parties seeking an extension.

The parties make this request without prejudice to their claims, defenses and legal positions in this action, as well as their respective rights under the applicable transaction documents. Counsel for both sides are, of course, available if Your Honor has any questions regarding the foregoing.

Respectfully submitted,

/s/ Steven R. Schoenfeld
Steven R. Schoenfeld

cc:     All counsel of record by ECF

The foregoing request is granted. The parties are directed to file a status update and any further request for forbearance by December 1, 2025. DE # 58 is resolved.
SO ORDERED.
10/25/2025
/s/ Laura Taylor Swain, Chief USDJ