

2 Westchester Park Drive, Suite 410
White Plains, NY 10604
Tel: 914-331-0100
Fax: 914-331-0105
www.denleacarton.com

January 15, 2026          **MEMO ENDORSED**

**VIA ECF & EMAIL(SwainNYSDCorresp@nysd.uscourts.gov)**

Chief District Judge Laura Taylor Swain
U.S. District Court for the Southern District of New York
United States Courthouse, 500 Pearl Street
New York, New York 10007-1312

Re: *Greystone Select Holdings LLC v. Wells Fargo Bank, N.A., et al.,* No. 1:24-cv-00657-LTS

Dear Chief Judge Swain:

    We are counsel for Plaintiff Greystone Select Holdings LLC. In accordance with the Court's December 2, 2025 order (ECF 61), we submit this letter jointly with the defendants to provide a status update to the Court that counsel for the parties continue to confer regarding the development referenced in our October 24, 2025 letter (ECF 59) and to request, with the consent of all parties, a further forbearance by the Court for approximately 35 days until February 18, 2026.

    The parties make this request without prejudice to their claims, defenses and legal positions in this action, as well as their respective rights under the applicable transaction documents. Counsel for both sides are, of course, available if Your Honor has any questions regarding the foregoing.

                        Respectfully submitted,

                        /s/ Steven R. Schoenfeld
                        Steven R. Schoenfeld

cc:    All counsel of record by ECF


The foregoing request is granted. The parties are directed to file a status report by February 18, 2026.
SO ORDERED.
1/16/2026
/s/ Laura Taylor Swain, Chief USDJ