

**DENLEA &
CARTON LLP**

2 Westchester Park Drive, Suite 410
White Plains, NY 10604
Tel: 914-331-0100
Fax: 914-331-0105
www.denleacarton.com

February 18, 2026     **MEMO ENDORSED**

**VIA ECF & EMAIL(SwainNYSDCorresp@nysd.uscourts.gov)**

Chief District Judge Laura Taylor Swain
U.S. District Court for the Southern District of New York
United States Courthouse, 500 Pearl Street
New York, New York 10007-1312

Re: *Greystone Select Holdings LLC v. Wells Fargo Bank, N.A., et al.,* No. 1:24-cv-00657-LTS

Dear Chief Judge Swain:

We are counsel for Plaintiff Greystone Select Holdings LLC. In accordance with the Court's January 16, 2026 order (ECF 63), we submit this letter jointly with the defendants to provide a status update to the Court that counsel for the parties continue to confer regarding the development referenced in our October 24, 2025 letter (ECF 59) and to request, with the consent of all parties, a further forbearance by the Court for approximately 30 days until March 19, 2026.

The parties make this request without prejudice to their claims, defenses and legal positions in this action, as well as their respective rights under the applicable transaction documents. Counsel for both sides are, of course, available if Your Honor has any questions regarding the foregoing, and we appreciate Your Honor's patience with respect to this process.

Respectfully submitted,

/s/ Steven R. Schoenfeld
Steven R. Schoenfeld

cc:     All counsel of record by ECF

Because this is the fourth request for a forbearance, the Court hereby denies the pending motion to dismiss at DE # 31, without prejudice to renewal after April 1, 2026 on the same grounds argued in DE #31.  This resolves DE # 31 and 64.  The case is otherwise stayed pending a status update from the parties, which shall be due on May 1, 2026.
SO ORDERED.
2/18/2026
/s/ Laura Taylor Swain, Chief USDJ