

2 Westchester Park Drive, Suite 410
White Plains, NY 10604
Tel: 914-331-0100
Fax: 914-331-0105
www.denleacarton.com

April 30, 2026

**VIA ECF & EMAIL(SwainNYSDCorresp@nysd.uscourts.gov)**

Chief District Judge Laura Taylor Swain
U.S. District Court for the Southern District of New York
United States Courthouse, 500 Pearl Street
New York, New York 10007-1312

**MEMO ENDORSED**

Re: Joint Status Report for *Greystone Select Holdings LLC v. Wells Fargo Bank, N.A., et al.,* No.
1:24-cv-00657-LTS

Dear Chief Judge Swain:

We are counsel for Plaintiff Greystone Select Holdings LLC ("Greystone"). In
accordance with the Court's February 18, 2026 order (ECF 65), we submit this letter jointly with
the attorneys for defendants Wells Fargo Bank, N.A. and Computershare Trust Company, N.A.
(together, "Defendants" or for purposes of this letter, the "Trustee") to provide the Court with the
requested status update, and to request, with the consent of all parties, a further stay by the Court
to June 1, 2026, when the parties shall provide a further status update.

We are pleased to report that on March 12, 2026, after several months of negotiations, the
parties executed two supplemental indentures (the "Supplemental Indentures"), as well as related
Company Orders that directed the Trustee to enter into the Supplemental Indentures and agreed
to indemnify it for doing the same.  The parties entered into the Supplemental Indentures in
conjunction with EJF Capital ("EJF").  EJF manages the CDO investment vehicles that are the
beneficial owners of the Greystone-issued notes that are the subject of this Action.  As a result of
the Supplemental Indentures, the interest rate to be paid by Greystone *going forward* over the
next 10+ years remaining on the term of the applicable notes is no longer the subject of
controversy. Therefore, a meaningful part of Greystone's claims is resolved.

Unfortunately, however, the Supplemental Indentures do not moot the Action.
Greystone's three claims remain.  Those three claims are: (1) a claim for declaratory judgment
relating to, among other things, the interpretation of the governing agreements, as set forth in the
amended complaint, (2) Greystone's breach of contract claim that still seeks damages for
approximately $3.5 million, which represents the aggregate value of alleged interest
"overpayments" made "under protest" by Greystone each quarter *prior to* the Supplemental
Indentures becoming effective; the Trustee calculated those interest payments using the
contractually-defined Base Rate (which use Greystone contends was improper) once LIBOR

Chief District Judge Laura Taylor Swain
April 30, 2026
Page 2

ceased to be published, and (3) Greystone's separate claim for its litigation expenses, including attorneys' fees, pursuant to Section 5.14 of the Indentures.

The parties continue to confer between themselves, EJF and with certain other interested third-parties, in an effort to narrow further, or completely resolve, Greystone's claims. We remain hopeful that further progress towards a complete resolution can be made with the requested additional time.

If a resolution of Greystone's claims cannot be reached, motion practice will be necessary. As the Court will recall, the parties made a series of administrative stay requests, which culminated with the Court's February 18, 2026 order denying Defendants' fully-briefed motion to dismiss *without prejudice*.[1] (ECF 65). In the event that a resolution of Greystone's claims cannot be reached, Defendants intend to renew their motion to dismiss and will propose a process for doing so. Greystone also reserves its right to file a motion for leave to further amend its complaint, if necessary and appropriate. In addition, unless the issue of Defendants' litigation expenses, including attorneys' fees, is resolved as part of a global resolution of Greystone's claims, Defendants also still intend to seek an order pursuant to Section 5.14 of the Indentures for their litigation expenses at the appropriate time (*see* ECF 56 and 57).

The parties provide this joint status report and make this request without prejudice to their claims, defenses and legal positions in this action, as well as their respective rights under the applicable transaction documents. Counsel for both sides are, of course, available if Your Honor has any questions regarding the foregoing, and we appreciate Your Honor's patience with respect to this process.

Respectfully submitted,

/s/ Steven R. Schoenfeld
Steven R. Schoenfeld

cc:    Jason Jurgens (via email and ECF)
       All counsel of record by ECF

The foregoing request for a stay until June 1, 2026 is granted. The parties are directed to file a status update by June 1, 2026.
SO ORDERED.
5/1/2026
/s/ Laura Taylor Swain, Chief USDJ

---

[1] Defendants moved to dismiss on June 14, 2024. The parties initially completed briefing on September 20, 2024, when the Action was still before Judge Broderick. Thereafter the Action was transferred to Your Honor. On January 29, 2025, the Court requested supplemental briefing concerning the Base Rate definition used in Schedule A of the Indentures. (ECF 52). The parties completed that supplemental briefing on February 18, 2025.